ORIGINAL

FILED

10/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0042

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0042

FILED

OCT 28 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

      Plaintiff and Appellee,

v.                                O R D E R

AUTREE ANIEL PEDERSEN,

      Defendant and Appellant.

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's *redacted* opening brief filed electronically on October 27, 2020, this Court has determined that the *redacted* brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 10(2) states, "in criminal cases appealed by the defendant and in appeals relating to involuntary commitment and proceedings regarding abused or neglected children, all briefs, motions, and other papers, not including transcripts, shall be served on both the county attorney and the attorney general." Service may be made personally or by mail. M. R. App. P. 10(3).

M. R. App. P. 10(4) requires that "papers presented for filing shall contain a certificate of service in the form of a statement of the date and manner of service and of the names and addresses of the persons served, certified by the person who made service. Proof of service may appear on or be affixed to the papers filed."

Therefore,

IT IS ORDERED that the referenced brief may be filed, but the certificate must be filed within 5 business days of the date of this Order, and served upon the Appellee, the State of Montana, and the county attorney for Cascade county.

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

DATED this 29th day of October, 2020.

_____
Justice